MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-10-70801 MAG |
|    Plaintiff, ) | |
| v. ) | ORDER DOCUMENTING EXCLUSION OF TIME |
| HUDSON ALVES REZENDE, ) | |
|    Defendant. ) | |

     With the agreement of the parties in open court on September 14, 2010, and with the consent of the defendant Hudson Rezende ("defendant"), the Court enters this order (1) setting a preliminary hearing on September 30, 2010, at 10:45 a.m., (2) and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 14, 2010 to September 30, 2010. The Court finds and holds, as follows:

     1.    The defendant appeared before the Court on September 14, 2010 for identification of counsel. At that hearing, attorney Brendan Conroy was appointed to represent the defendant. The defendant had previously been released on bond on September 10, 2010, and the Court set a date of September 30, 2010 for preliminary hearing or arraignment on an indictment. Counsel advised the Court on September 14, 2010 that the government would be producing discovery to the defendant. Counsel for

ORDER DOCUMENTING EXCLUSION OF TIME
4-10-70801 MAG

1  the defendant needs time to review the discovery and to investigate the case.

2        2.      The Court finds that, taking into the account the public interest in the
3  prompt disposition of criminal cases, granting the continuance until September 30, 2010
4  is necessary for effective preparation of defense counsel. See 18 U.S.C.
5  § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
6  served by excluding the period from September 14, 2010 to September 30, 2010 outweigh
7  the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

8        3.      Accordingly, and with the consent of the defendant, the Court (1) sets a
9  preliminary hearing on September 30, 2010, at 10:45 a.m., and (2) orders that the period
10 from September 14, 2010 to September 30, 2010 be excluded from Speedy Trial Act
11 calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

13 IT IS SO ORDERED.

15 DATED: September 15, 2010

                                          DONNA M. RYU
                                          United States Magistrate Judge